# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
February 11, 2019

In re:
    Christopher Darrell Morris
                      Debtor*

Case Number: 19–50037 jam
Chapter: 7

### Motion/Application Deficiency Notice

    Martin A. Mooney has filed a/an Motion for Relief from Stay, ECF No. 9, not in compliance with this Court's Local Rules of Bankruptcy Procedure and the Federal Rules of Bankruptcy Procedure, for the reason(s) indicated below:

**Local Rule 2016–1(a): Compensation of Professionals**

☐ Fee Application worksheet is not attached to the above named application.

**Local Rule 4001–1: Automatic Stay; Relief From Stay Worksheet**

☐ Motion for Relief from Stay worksheet for real property is not attached to the above named motion.

**Local Rule 4001–3: Use of Cash Collateral and Debtor in Possession Financing**

☐ Check list for Motions and Orders For Use of Cash Collateral and Post–Petition Financing pursuant to 11U.S.C. §§ 363 and/or 364 is not attached to the above named motion.

**Local Rule 9013–1 and Bankruptcy Rule 7010: Forms of Pleading Certain Contested Matters**

☒ Motion/Application is not in compliance with Local Bankruptcy Rule 9013 and Bankruptcy Rule 7010. The above named motion does not contain a proper caption.

**Local Rule 9014–1:**

☐ Contested Matter Procedure should be followed when filing the above stated motion.

☐ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004).

You may file an Amended Certificate of Service only if service was properly made on the same date as the original motion/application. If service was made on a different date than the original motion, you must file an amended motion consisting of the motion, notice of response date and certificate of service.

☐ Deficient Response Deadline. Notice provided was insufficient for the above named motion.

☐ Other

Failure to correct and submit an amended motion/application in compliance with this Court's Local Rules and Federal Rules of Bankruptcy Procedure within five (5) business days from the date of this notice will result in an order denying your motion/application.

**NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended motion/application in compliance with this Court's Local Rules and Federal Rules of Bankruptcy Procedure.**

Dated: February 11, 2019

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 – sds

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.