# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 14, 2019

In re:

    Christopher Darrell Morris  
    Debtor*

Case Number: 19–50037 jam  
Chapter: 7

KeyBank, N.A.  
Movant(s)

v.

Christopher Darrell Morris  
Richard M. Coan, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. § 362(d)(1); KeyBank, N.A. (the "Movant"), filed a Motion for Relief from Stay dated February 13, 2019 (the "Motion", ECF No. 11).  After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to the vehicle commonly known as 2014 Hyuandi Accent V.I.N.#KMHCT5AE9EU172695, in accordance with applicable non–bankruptcy law;  and it is further

    **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: March 14, 2019

BY THE COURT

*Julie A. Manning*  
Chief United States Bankruptcy Judge  
District of Connecticut

United States Bankruptcy Court  
District of Connecticut  
915 Lafayette Boulevard  
Bridgeport, CT 06604

Tel. (203) 579–5808  
VCIS* (866) 222–8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 118 – cp

*For the purposes of this order, "Debtor" means "Debtors" where applicable.