# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 21, 2019

In re:

    Christopher Darrell Morris
    Debtor*

Case Number: 19–50037 jam
Chapter: 7

U. S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass–Through Certificates, Series 2007–15N
Movant(s)

v.

Christopher Darrell Morris
Richard M. Coan, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. §§ 362(d)(1) and (2); U. S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass–Through Certificates, Series 2007–15N (the "Movant"), filed a Motion for Relief from Stay dated February 21, 2019 (the "Motion", ECF No. 14).   After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 8 Spring Ridge Court, Danbury, CT 06811, in accordance with applicable non–bankruptcy law.

Dated: March 21, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – cp

*For the purposes of this order, "Debtor" means "Debtors" where applicable.